United States District Court
District of Connecticut

**FILED**
2004 JAN -1 P 25/028
US DISTRICT COURT
BRIDGEPORT CT

Jose Rivera

v.

James McKenna Et. Al.

Prisoner

Case No. 3:02CV244 (SRUXWIG)

## Objection of Motion To Dismiss

1.) Plaintiff does not have the funds to proceed in this case, and has been unduly prejudiced by denial of court appointed counsel.

2.) The courts have construed a judgement of "case without merit" which should be left to a jury. Or in the least a pre-trial hearing.

3.) While I believe the case to have merit, I suffer in daily pain, and would ask the court for an appearance date before a trial judge to once and for all determine the Legitimacy of my claims and either bind over for trial or deny and dismiss with prejudice.

I certify the foregoing.

x *Jose Rivera*
Jose Rivera
P.O. Box 100
Somers, CT. 06071

Certificate of Service
Objection of Motion To Dismiss

I hereby certify that I have mailed a copy of the foregoin of all documents pertaining to this case, postage prepaid to the following on this day of the month January, 2004

Defendants:
James McKenna, et al

Robert B. Fiske
Assistant Attorney General
110 Sherman St.
Hartford, CT 06105

Executed on even date herewith

Jose Rivera
#275658-H-68
P.O. Box 100
100 Bilton Rd.
Somers, CT. 06071

Jose Rivera, Pro-se