UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE RIVERA

                                        PRISONER
        v.                      CIVIL NO. 3:02CV244 (SRU)

JAMES MCKENNA
MINGZER TUNG
PETER MURPHY

J U D G M E N T

This cause came on for consideration of the defendants' Motion to Dismiss before the Honorable Stefan R. Underhill, United States District Judge.

The Court has considered the motion and all the related papers.  On February 6, 2004, the Court filed its Ruling and Order granting the motion and dismissing the plaintiff's claims.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 11th day of February, 2004.

                                KEVIN F. ROWE, Clerk

                                By s/s Cynthia Earle
                                        Cynthia Earle
                                        Deputy Clerk

Entry on Docket _____